UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OLLIE HOLLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07-CV-1112 CAS |
| ) | |
| MILLSTONE BANGERT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff Ollie Hollman's motion for reconsideration. On September 25, 2007, the Court granted defendant's motion to dismiss plaintiff's claims of harassment and race discrimination because plaintiff failed to exhaust her administrative remedies with respect to those claims. Plaintiff now moves the Court to reconsider its dismissal of the two claims. In support of her motion, plaintiff has attached a document from the Missouri Commission on Human Rights which she believes shows that she exhausted her administrative remedies with respect to her claims of harassment and race discrimination against Millstone Bangert, Inc. The Court does not agree. There is nothing in the document that indicates plaintiff included any claim of harassment or race discrimination in her charge.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration is **DENIED**. [Doc. 18]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  16th  day of October, 2007.