UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OLLIE HOLLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07-CV-1112 CAS |
| ) | |
| MILLSTONE BANGERT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's second motion for appointment of counsel and motion for appointment of a mediator. Both motions will be denied without prejudice.

In regard to the current motion for appointment of counsel, on June 25, 2007, the Court denied plaintiff's first motion for appointment of counsel. The Court found that this action appears to involve straightforward questions of fact rather than complex questions of law, and plaintiff appears able to clearly present and investigate her claim. See Order of June 25, 2007 [Doc. 6]. The Court has reviewed the instant motion and finds that this action and plaintiff's situation have not materially changed since it denied plaintiff's first request for appointment of counsel. For the reasons stated in that order, the Court will deny plaintiff's second motion for appointment of counsel.

In regard to plaintiff's motion for the appointment of a mediator, the motion will be denied as premature because pursuant to the Case Management Order the parties are not scheduled to attend mediation until after January 7, 2008. Plaintiff is free to file a motion for appointment of a pro bono neutral under Local Rule 16-6.03 when the parties are ready to choose a mediator.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel is **DENIED** without prejudice. [Doc. 19]

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of a mediator is **DENIED** without prejudice. [Doc. 22]

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2007.