UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OLLIE HOLLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07-CV-1112 CAS |
| ) | |
| MILLSTONE BANGERT, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's second motion for reconsideration and motion for extension of time to make Rule 26(a) disclosures. The Court has reviewed plaintiff's second motion for reconsideration of the September 25, 2007 partial dismissal order and finds that it lacks merit. None of the documents attached to plaintiff's second motion for reconsideration establish plaintiff has exhausted her administrative remedies as to claims against defendant Millstone Bangert, Inc. of race discrimination and harassment. As a result, plaintiff's second motion for reconsideration shall be denied.

Plaintiff's motion for extension of time is unopposed and shall be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's second motion for reconsideration is **DENIED**. [Doc. 30]

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time to make Rule 26(a) disclosures is **GRANTED**. Plaintiff shall have up to and including November 26, 2007, to provide defendant her initial disclosures. [Doc. 32]

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this    19th    day of November, 2007.